# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 3:22-mj-00542-DSC |
| v. | Charging District's |
| James Thomas Andrew McCarty<br>*Defendant* | Case No: CR-22-8133-PCT-SPL |

**FILED**
DEC 21 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Arizona, _____ division. The defendant may need an interpreter for this language: _____.
*(if applicable)*

The defendant:   ☐ will retain an attorney.
                 ☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: December 20, 2022

_____
David S. Cayer
United States Magistrate Judge

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
## Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>James Thomas Andrew McCarty<br>*Defendant* | Case No: 3:22-mj-00542-DSC<br>Charging District's Case No: CR-22-8133-PCT-SPL |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the District of Arizona

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise – unless I am indicted – to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: December 20, 2022

*Defendant's Signature*

*Signature of defendant's attorney (if any)*

John Parke Davis
*Printed name of defendant's attorney (if any)*

Query   Reports   Utilities   Help   What's New   Log Out

# U.S. District Court
## Western District of North Carolina (Charlotte)
## CRIMINAL DOCKET FOR CASE #: 3:22-mj-00542-DSC-1

Case title: USA v. McCarty

Date Filed: 12/14/2022

Date Terminated: 12/20/2022

Assigned to: Magistrate Judge David S. Cayer

### Defendant (1)

**James Thomas Andrew McCarty**
*TERMINATED: 12/20/2022*

represented by **John Parke Davis**
Federal Defenders of Western North Carolina
129 West Trade Street
Suite 300
Charlotte, NC 28202
704-374-0720
Fax: 704-374-0722
Email: jp_davis@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Complaints

18:844(e) - MAKING FALSE STATEMENTS, 18:1038(a)(1)(A) - FALSE INFORMATION AND HOAX, 18:2261A(2)(B) and 2262(b) - STALKING,

### Disposition

### Disposition

### Disposition

18:1028A(a)(1) - AGGRAVATED IDENTITY THEFT

**Plaintiff**

USA           represented by    **Alfredo Perez De La Rosa , Jr.**
United States Attorney's Office
Carillon Tower
227 W. Trade Street, Suite 1650
Charlotte, NC 28202
704-338-3167
Email: alfredo.de.la.rosa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Taylor Stout**
United States Attorneys Office
227 West Trade Street, Suite 1700
Charlotte, NC 28202
704-338-3112
Fax: 704-227-0254
Email: Taylor.Stout@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/14/2022 | | Arrest (Rule 5) of James Thomas Andrew McCarty (mga) (Entered: 12/14/2022) |
| 12/14/2022 | 1 | DISTRICT OF ARIZONA REDACTED INDICTMENT AND WARRANT as James Thomas Andrew McCarty (Attachments: # 1 Warrant)(mga) (Entered: 12/14/2022) |
| 12/14/2022 | | Set/Reset Deadlines/Hearings as to James Thomas Andrew McCarty: Initial Appearance - Rule 5 set for 12/15/2022 10:35 AM in Courtroom #1B, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David S. Cayer. (mga) (Entered: 12/14/2022) |
| 12/15/2022 | | Minute Entry: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to James Thomas Andrew McCarty held before Magistrate Judge David S. Cayer. Defendant advised of rights & charges. Defendant moved for appointment of counsel. Defendant filed a financial affidavit. Court approved appointment of counsel. Government moved for detention. Detention Hearing set for 12/20/2022 10:00 AM in Courtroom #1B, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David S. Cayer. Identity Hearing set for 12/20/2022 10:00 AM in Courtroom #1B, 401 W Trade St, Charlotte, NC 28202 before Magistrate Judge David S. Cayer.Government attorney: Robert Gleason. Defendant attorney: John Parke Davis. Court Reporter: Digital Court Reporter. (mga) (Entered: 12/15/2022) |
| 12/15/2022 | 2 | CJA 23 (Ex Parte) Financial Affidavit by James Thomas Andrew McCarty (mga) (Entered: 12/15/2022) |
| 12/15/2022 | | **ORAL ORDER as to James Thomas Andrew McCarty granting Oral Motion to Appoint Federal Defender. Entered by Magistrate Judge David S. Cayer on 12/15/22.** (mga) (Entered: 12/15/2022) |

| 12/15/2022 | | Attorney update in case as to James Thomas Andrew McCarty. Attorney John Parke Davis for James Thomas Andrew McCarty added. (brl) (Entered: 12/15/2022) |
|---|---|---|
| 12/20/2022 | 4 | PRETRIAL REPORT *(SEALED - Attorney)* as to James Thomas Andrew McCarty (available to USA, James Thomas Andrew McCarty) (Kara Marquette - sb) (Entered: 12/20/2022) |
| 12/20/2022 | 5 | WAIVER of Rule 5(c)(3) Identity Hearing by James Thomas Andrew McCarty (mek) (Entered: 12/20/2022) |
| 12/20/2022 | | Minute Entry: DETENTION HEARING as to James Thomas Andrew McCarty held before Magistrate Judge David S. Cayer. Government moved for detention. Defendant detained. Government attorney: Taylor Stout. Defendant attorney: John Parke Davis. Court Reporter: Digital Court Reporter. (mek) (Entered: 12/20/2022) |
| 12/20/2022 | 6 | **ORDER OF DETENTION as to James Thomas Andrew McCarty. Signed by Magistrate Judge David S. Cayer on 12/20/2022.** (mek) (Entered: 12/20/2022) |
| 12/20/2022 | 7 | **COMMITMENT TO ANOTHER DISTRICT as to James Thomas Andrew McCarty. Defendant committed to the District of Arizona. Signed by Magistrate Judge David S. Cayer on 12/20/2022.** (mek) (Entered: 12/20/2022) |
| 12/20/2022 | | Rule 5(c)(3) Documents Emailed to District of Arizona as to James Thomas Andrew McCarty (mek) (Entered: 12/20/2022) |
| 12/20/2022 | | Notice to District of Arizona of a Rule 5 Initial Appearance as to James Thomas Andrew McCarty. Your case number is: CR-22-8133-PCT-SPL. Using your PACER account, you may retrieve the docket sheet and documents. (Documents: 7 Commitment to Another District ) *(If you wish to designate a different email address for future transfers, send a request to InterDistrictTransfer_TXND@txnd.uscourts.gov.)* (mek) (Entered: 12/20/2022) |