**MAGISTRATE JUDGE'S MINUTES**
# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

**U.S. Magistrate Judge: Michael T. Morrissey**   **Date:** December 30, 2022

**USA v. James Thomas Andrew McCarty**   **Case Number: CR-22-08133-001-PCT-SPL**

**Assistant U.S. Attorney:  Alexander Samuels on behalf of Gayle L. Helart**
**Attorney for Defendant:  Ana Botello**, Assistant Federal Public Defender
**Interpreter:** N/A
**Defendant:**  ☒ **Present**  ☐ **Not Present**  ☐ **Released**  ☒ **Custody** ☐ **Summons** ☐ **Writ**

**INITIAL APPEARANCE AND ARRAIGNMENT:**
**DOA: 12/14/2022**
MINUTE ENTRY for proceedings held before Magistrate Judge Michael T. Morrissey:  Initial Appearance and Arraignment as to James Thomas Andrew McCarty held on 12/30/2022.  Financial Affidavit previously filed.  Appointing AFPD Ana Botello for Defendant.  The Government moves to UNSEAL the case.  SO ORDERED.  Defendant pleads NOT GUILTY to all counts.  Defendant previously had a Detention Hearing in the arresting district and was ordered detained.

As required by Rule 5(f), the United States is ordered to produce all information required by Brady v. Maryland and its progeny.  Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

Motion due within 21 days.

Jury Trial set for 2/7/2023 at 9:00 AM before District Judge Steven P Logan in Courtroom 501.

**Recorded By** Courtsmart
**Deputy Clerk** Kenneth G. Miller

**IA     02 min**
**ARR  02 min**

**Start:  11:44 AM**
**Stop:   11:48 AM**