AO 442 (Rev. 11/11) Arrest Warrant

```
         FILED  ____ LODGED
    [X]  RECEIVED ____ COPY

         DEC 2 9 2022

    CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
    BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| United States of America | ) |
| v. | ) Case No. CR-22-8133-PCT-SPL (MHB) |
| James Thomas Andrew McCarty | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Thomas Andrew McCarty

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

18:844(e) - Making a False Statement
18:1038(a)(1)(A) - False Information and Hoax
18:2261A(2)(B) and 2262(b) - Stalking
18:1028A(a)(1) - Aggravated Identity Theft

Date:   11/30/2022

*Sherry Strong*
*Issuing officer's signature*

City and state:   Phoenix, Arizona

Sherry Strong, Deputy Clerk
*Printed name and title*   ISSUED ON 10:20 am, Nov 30, 2022
s/ Debra D. Lucas, Clerk

cc: PTS

### Return

This warrant was received on *(date)* 11-30-2022, and the person was arrested on *(date)* 12-14-2022
at *(city and state)* Charlotte

Date: 12-15-2022

*Arresting officer's signature*

TFO Zack Hagler
*Printed name and title*