JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

ANA LAURA BOTELLO
State Bar No. 030528
Asst. Federal Public Defender
ana_botello@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>James Thomas Andrew McCarty,<br><br>Defendant | No. CR-22-08133-PCT-SPL<br><br>**MOTION TO CONTINUE TRIAL**<br>**(First Request) and**<br><br>**MOTION TO EXTEND DEADLINE**<br>**TO FILE PRETRIAL MOTIONS**<br>**(First Request)**<br><br>**(Unopposed)** |

  Defendant, James Thomas Andrew McCarty, through undersigned counsel, hereby moves this Court to continue the trial date in this case for ninety (90) days from the current date of February 7, 2023, and to extend time to file pretrial motions for ninety (90) days from the current due date of January 20, 2023. The reason for requesting this continuance and this extension is that additional time is still needed for investigation and trial preparation to include extensive discovery.

  Gayle L. Helart, the Assistant U.S. Attorney assigned to this case, has indicated that the government has no objection to the relief requested herein.

. . .

. . .

. . .

1  Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result
2  from this motion or from an order based thereon.
3              Respectfully submitted:   January 12, 2023.
4
5                                        JON M. SANDS
                                         Federal Public Defender
6
7                                         <u>s/Ana Laura Botello</u>
8                                        ANA LAURA BOTELLO
                                         Asst. Federal Public Defender
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28