IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-22-08133-PCT-SPL |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| James Thomas Andrew McCarty, | |
| Defendant | |

Upon motion of the defendant, no objection from the government and good cause appearing,

IT IS HEREBY ORDERED continuing the trial of this case from February 7, 2023, to _____, 2023, at _____ in _____, Arizona, [as to all defendants].

This court specifically finds that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would unreasonably deny the defendant continuity of counsel and would deny the attorney for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

IT IS FURTHER ORDERED extending the current pretrial motions deadline until _____, 2023.

IT IS FURTHER ORDERED vacating the status conference set for _____, 2023 [as to all defendants].

IT IS FURTHER ORDERED that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the new trial date.

The Court finds excludable delay under 18 U.S.C. § 3161(h) _____ from _____ to _____.