IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>James Thomas Andrew McCarty,<br><br>　　　　　Defendant. | No. CR-22-08133-001-PCT-SPL<br><br>**ORDER** |

　　　The Court has reviewed Defendant's First Motion to Continue Trial and Extend Deadline to File Pretrial Motions (Doc. 19). There being no objections and good cause appearing,

　　　**IT IS ORDERED** granting Defendant's First Motion to Continue Trial and Extend Deadline to File Pretrial Motions (Doc. 19) for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

　　　This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   18 U.S.C. § 3161(h)(7)(B)(iv).

　　　**IT IS FURTHER ORDERED** continuing the trial from February 7, 2023 to **May 2, 2023 at 9:00 a.m.** and continuing the pretrial motions deadline until **April 3,**

**2023**.

    **IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

    The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from 2/8/23 to 5/2/23.

    Dated this 13th day of January, 2023.

    Honorable Steven P. Logan
United States District Judge

- 2 -