JON M. SANDS
Federal Public Defender
District of Arizona
850 West Adams, Suite 201
Phoenix, Arizona 85007
Telephone: (602) 382-2700

ANA LAURA BOTELLO
State Bar No. 030528
Asst. Federal Public Defender
ana_botello@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-22-08133-PCT-SPL |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE TRIAL** |
| vs. | **(Second Request) and** |
| James Thomas Andrew McCarty, | **MOTION TO EXTEND DEADLINE TO FILE PRETRIAL MOTIONS** |
| Defendant | **(Second Request)** |
|  | **(Unopposed)** |

    Defendant, James Thomas Andrew McCarty, through undersigned counsel, hereby moves this Court to continue the trial date in this case for ninety (90) days from the current date of May 2, 2023, and to extend time to file pretrial motions for ninety (90) days from the current due date of April 3, 2023. The reason for requesting this continuance and this extension is that additional time is still needed for investigation and trial preparation to include extensive discovery.

    Gayle L. Helart, the Assistant U.S. Attorney assigned to this case, has indicated that the government has no objection to the relief requested herein.

. . .

. . .

. . .

Excludable delay under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv) may result from this motion or from an order based thereon.

Respectfully submitted: March 31, 2023.

JON M. SANDS
Federal Public Defender

*s/Ana Laura Botello*
ANA LAURA BOTELLO
Asst. Federal Public Defender