IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>James Thomas Andrew McCarty,<br><br>          Defendant. | No. CR-22-08133-PCT-SPL<br><br>**ORDER ON MOTION TO WITHDRAW FOR CONFLICT** |

Upon motion of the Federal Public Defender, and good cause appearing therefor, **IT IS HEREBY ORDERED** withdrawing Ana Laura Botello, Assistant Federal Public Defender, District of Arizona, as counsel of record in the above-entitled action.

**IT IS FURTHER ORDERED** appointing Myles A. Schneider, as counsel of record for defendant effective immediately.

The Court finds excludable delay under 18 U.S.C. § 3161(h)_____ from _____ to _____.

1