Myles A. Schneider, #028436
**Myles A. Schneider & Associates, LTD**
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
Telephone (602) 926-7373
Facsimile (877) 294-4254
Email myles@maschneider.com
**Attorney for Defendant**
**James Thomas Andrew McCarty**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No: 3:22-cr-08133-SPL-1 |
| Plaintiff, | |
| vs. | **MOTION OF DEFENDANT MCARTY TO CONTINUE TRIAL AND PRETRIAL MOTION DEADLINES  (Third)** |
| | **(Defendant In Custody)** |
| James Thomas Andrew McCarty, | |
| Defendant. | |

COMES NOW the Defendant, James Thomas Andrew McCarty, by and through undersigned counsel for Defendant, respectfully moves to continue trial and the date that pretrial motions are due.  Trial is presently set for August 1, 2023. Defendant McCarty seeks a 90 Day continuance for said dates.

On May 2, 2023, Federal Public Defender representing Defendant withdrew as counsel for Defendant.  As a result, the undersigned was appointed to take over representation.  Since May, the defense has received 1,424 bates numbered items as part of the government's first disclosure of evidence.  A majority of those bates numbered items are audio in nature, mostly 911 calls.  Missing from discovery is any document which correlates Counts in the indictment with any of the audio evidence produced.  Upon inquiry, the USA has agreed to a meeting

between the Special Agent in charge of this case and the undersigned.  The date of that meeting is pending.

While negotiations have been conducted by the parties, no firm plea offer has been made. Of further importance is that Defendant has also been indicted in the Central District of California on similar charges.  For the sake of judicial efficiency, the USA and the Defense are attempting to work out a global resolution to both matters.  Negotiations are ongoing.   Hence, additional time is needed for the defense to properly investigate the facts underlying this matter, engage in meaningful plea negotiations and prepare for the possibility of filing pretrial motions and eventually trial.

This motion is made in good faith and not made to needlessly prolong the matter.

The United States Attorney has no objection to this Motion.

WHEREFORE it is requested that the Court continue the trial date for approximately 90 days.

IT IS FURTHER REQUESTED THAT the Court extend the deadline for filing pretrial motions an equivalent amount of time.

IT IS NOTED THAT Excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 19th day of June, 2023.

MYLES A. SCHNEIDER & ASSOC., LTD.

/s/Myles A. Schneider
MYLES A. SCHNEIDER (AZ Bar No.:028436)
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
myles@maschneider.com
Telephone: 602-926-7373
Facsimile: 877/294-4254
**Attorney for Defendant**
**James Thomas Andrew McCarty**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19th, 2023, I electronically transmitted the attached document to the Clerk's Office and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Schneider

/s/ Myles A. Schneider