GARY M. RESTAINO
United States Attorney
District of Arizona
BRETT A. DAY
Assistant U.S. Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Brett.Day@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | CR 22-08133-PHX-SPL |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| James Thomas Andrew McCarty, | |
| Defendant. | |

PLEASE TAKE NOTICE that Brett A. Day withdraws as associated counsel for the United States in this matter. Assistant U.S. Attorney Gayle L. Helart remains counsel of record for the United States.

Respectfully submitted this 3rd day of October, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Brett A. Day*
BRETT A. DAY
Assistant United States Attorney

Certificate of Service:

I hereby certify that on this day, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Albert Schneider.