Myles A. Schneider, #028436
**Myles A. Schneider & Associates, LTD**
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
Telephone (602) 926-7373
Facsimile (877) 294-4254
Email myles@maschneider.com
**Attorney for Defendant**
**James Thomas Andrew McCarty**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No: 3:22-cr-08133-SPL-1 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE** |
| | **PRETRIAL MOTION DEADLINE  (Fifth)** |
| | **(Defendant In Custody)** |
| James Thomas Andrew McCarty, | |
| Defendant. | |

    COMES NOW the Defendant, James Thomas Andrew McCarty, by and through undersigned counsel for Defendant, respectfully moves to continue the pretrial motion deadline currently set for December 1, 2023, for three weeks.

    The USA and Defendant have negotiated a plea in principle which includes a global resolution of this case and another case out of the Central District of California.

    The undersigned and the Government are working together diligently to accomplish a mutual objective to reach a global resolution in both matters.  However, the plea agreement must be considered and approved by both the district of Arizona and the central District of California. The government needs more time for these approvals. The parties request Pretrial motions' deadline be extended for more of the process to take place.

    This motion is made in good faith and not made to needlessly prolong the matter.

    The United States Attorney has no objection to this Motion.

WHEREFORE it is requested that the Court continue the trial date for approximately three (3) weeks.

IT IS NOTED THAT Excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 30th day of November, 2023.

          MYLES A. SCHNEIDER & ASSOC., LTD.

          /s/Myles A. Schneider
          MYLES A. SCHNEIDER (AZ Bar No.:028436)
          14001 N. 7th Street
          Suite B104
          Phoenix, AZ 85022
          myles@maschneider.com
          Telephone: 602-926-7373
          Facsimile: 877/294-4254
          **Attorney for Defendant**
          **James Thomas Andrew McCarty**

## CERTIFICATE OF SERVICE

I hereby certify that on November 30th, 2023, I electronically transmitted the attached document to the Clerk's Office and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Schneider

          /s/ Myles A. Schneider