**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>v.<br><br>James Thomas Andrew McCarty,<br>　　　　Defendant. | Case No: 3:22-cr-08133-SPL-1<br><br>**ORDER** |

　　　PURSUANT TO Defendant's Motion to extend the time to File Pretrial Motions, and good cause shown,

　　　IT IS HEREBY ORDERED granting said Motion.

　　　IT IS FURTHER ORDERED continuing the pretrial motion deadline to the _____ day of _____, 2023, at _____ A.M/P.M.

　　　For the reasons set forth in the Motion, to wit: failure to continue the proceeding would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence (18 U.S.C. § 3161(h)(7)(B)(iv)). In light of the above, the Court specifically finds that the ends of justice will be served by granting a continuance that outweigh the public interest.

　　　The Court finds excludable delay under 18 U.S.C. § 3161(h) from _____ to _____, 2023.

　　　DATED THIS _____day of _____, 2023.