Myles A. Schneider, #028436
**Myles A. Schneider & Associates, LTD**
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
Telephone (602) 926-7373
Facsimile (877) 294-4254
Email myles@maschneider.com
**Attorney for Defendant**
**James Thomas Andrew McCarty**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case Nos.:    3:22-cr-08133-SPL<br>2:24-cr-00122-SPL |
| Plaintiff, | |
| vs. | **DETERMINATION OF COUNSEL**<br>**(Defendant In Custody)** |
| James Thomas Andrew McCarty, | |
| Defendant. | |

The undersigned defense counsel respectfully requests a hearing to determine defense counsel of record in the above captioned matter. On Friday January 29, 2024, Defendant appeared for arraignment on Case No.: 2:24-cr-00122-SPL. AUSA Brian Kasprzyk appeared for AUSA Gayle Helart for the Government and CJA Attorney Kaitlin Verdura appeared for the undersigned. (The undersigned was out of town attending Trial Skills Boot Camp put on by the FPD's office.)

At arraignment, Defendant expressed a desire on the record to terminate and replace the undersigned as counsel of record.

Hence, the undersigned requests that the Court schedule a hearing, ex parte and under seal, to determine whether Defendant is entitled to new counsel.

A Change of Plea set for 2/1/2024 at 10:15 AM before this Court.

The undersigned contacted AUSA Gayle Helart who takes no position as to Defendant's motion to determine counsel.

Excludable delay under 18 U.S.C. § 3161(h)(1)(D) may occur as a result of this motion or an order based thereon.

RESPECTFULLY SUBMITTED this 29th day of January 2024.

MYLES A. SCHNEIDER & ASSOC., LTD.

/s/Myles A. Schneider

MYLES A. SCHNEIDER (AZ Bar No.:028436)
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
myles@maschneider.com
Telephone: 602-926-7373
Facsimile: 877/294-4254

**Attorney for Defendant**
**James Thomas Andrew McCarty**

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2024, I electronically transmitted the attached document to the Clerk's Office and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Schneider

/s/ Myles A. Schneider