GARY M. RESTAINO
United States Attorney
District of Arizona
BRETT A. DAY
Assistant U.S. Attorney
Arizona State Bar No. 027236
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Brett.Day@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Mag. No. 3:22-cr-08133-SPL-1 |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| James Thomas Andrew McCarty, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, gives notice that Brett A. Day is terminated as Assistant United States Attorney of record in the above-captioned matter. Assistant U.S. Attorney Gayle L Helart remains counsel of record for the United States of America.

Respectfully submitted February 12, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*/s/ Brett A. Day*
BRETT A. DAY
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing a copy to the following CM/ECF registrants: Myles Albert Schneider

*s/ Reese Galvin*
U.S Attorney's Office