Myles A. Schneider, #028436
**Myles A. Schneider & Associates, LTD**
14001 N. 7th Street
Suite B104
Phoenix, AZ 85022
Telephone (602) 926-7373
Facsimile (877) 294-4254
Email myles@maschneider.com
**Attorney for Defendant**
**James Thomas Andrew McCarty**

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No: 3:22-cr-08133-SPL-1 |
|---|---|
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING   (First)** |
| | **(Defendant In Custody)** |
| James Thomas Andrew McCarty, | |
| Defendant. | |

COMES NOW the Defendant, James Thomas Andrew McCarty, by and through undersigned counsel for Defendant, respectfully moves to continue the sentencing date, currently set for April 15, 2024, for 60 Days.

On February 1, 2024, Defendant entered a plea of Guilty (Doc. 38) pursuant to a plea agreement with the United States of America.  (Doc 39.).  On February 12, 2024, Defendant and the undersigned meet with USPO officer Angela Leonard in preparation of the Presentence Report herein.

This is a complex matter concerning several victims in several states.  The defense needs more time to gather additional information necessary to prepare for sentencing and effective representation.

This motion is made in good faith and not made to needlessly prolong the matter.

The United States Attorney has no objection to this Motion.

WHEREFORE it is requested that the Court continue Sentencing for approximately 60 days past the April 15, 2024, Sentencing date.

IT IS NOTED THAT Excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this Motion or from an Order based thereon.

RESPECTFULLY SUBMITTED this 22nd day of February 2024.

                                        MYLES A. SCHNEIDER & ASSOC., LTD.

                                        /s/Myles A. Schneider
                                        MYLES A. SCHNEIDER (AZ Bar No.:028436)
                                        14001 N. 7th Street
                                        Suite B104
                                        Phoenix, AZ 85022
                                        myles@maschneider.com
                                        Telephone: 602-926-7373
                                        Facsimile: 877/294-4254
                                        **Attorney for Defendant**
                                        **James Thomas Andrew McCarty**

## **CERTIFICATE OF SERVICE**

I hereby certify that on 22nd day of February, 2024, I electronically transmitted the attached document to the Clerk's Office and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: Myles Schneider

                                                                       /s/ Myles A. Schneider